PROB 12C
(7/93)

Report Date:  September 30, 2014

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2014**

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Miguel Garza          Case Number: 0980 2:04CR06048-001

Address of Offender:                                        Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: July 28, 2005

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 120 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: December 4, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: December 3, 2016 |

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Jesus Garza is considered in violation of his period of supervised release by driving without a valid drivers license on or prior to September 25, 2014.

On September 25, 2014, this officer observed the defendant driving a vehicle on Vancouver Street in Kennewick, Washington. A call was placed to the defendant where he was asked if he had been driving. The defendant admitted that he drives on occasion. Once asked if he was currently driving, and noted I had just observed him, he admitted it was him.

| | |
|---|---|
| 2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |

**Supporting Evidence**: Failing to report for random urinalysis testing on June 24, 2014, and September 15, 2014.

**Prob12C**
**Re: Garza, Jesus Miguel**
**September 30, 2014**
**Page 2**

On each date listed above the defendant was scheduled for a random urinalysis test at First Step Community Counseling. The defendant stated he failed to report for the June 24, 2014, test as he was having some relationship issues and forgot to call. The defendant stated he forgot to report for the September 15, 2014, test.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      09/30/2014

                         s/David L. McCary

                         David L. McCary
                         U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[✓]   The Issuance of a Summons
[  ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

November 21, 2014

Date